## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DORIS GRIZANTE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-00547-KD-N |
| | ) | |
| **AUTO-OWNERS INS. CO.,** *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on the "Joint Stipulation and Motion for Dismissal With Prejudice" filed by Plaintiff and Defendant Auto-Owners Insurance Company and Defendant Todd Worley, requesting dismissal of all of the Plaintiff's claims against these two (2) defendants. (Doc. 44). Because the aforementioned parties jointly filed the joint stipulation and motion for dismissal, which also is signed by said parties, the Court construes the filing as a Rule 41(a)(1)(A)(ii) Stipulation of Voluntary Dismissal with prejudice.

Accordingly, it is **ORDERED** that all of the Plaintiff's claims against Defendant Auto-Owners Insurance Company and Defendant Todd Worley, are hereby **DISMISSED with prejudice.** Each party shall bear his or its own costs.

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining Defendant Tate Heinz Ellis & Sexton.[1]

**DONE** and **ORDERED** this the **15th** day of **August 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to the Court's August 1, 2011 Order on Plaintiff's motion to dismiss this defendant, any response in opposition to such motion is due to be filed by August 15, 2011. (Doc. 43). As such, that motion currently remains pending.